UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSTAINABLE SOURCING, LLC,     )
       Plaintiff     )
            )
       v.     ) C.A. No. 12-cv-30093-MAP
            )
BRANDSTORM, INC., ET AL,     )
       Defendants     )

ORDER RE: PROPOSED SCHEDULE

November 20, 2013

PONSOR, U.S.D.J.

    On October 25, 2013, Magistrate Judge Kenneth P. Neiman issued his report indicating that no further efforts to settle this case were likely to be productive.  See Dkt. No. 64.

    The court's order staying this case on June 3, 2013 referred this case to mediation, with the proviso that if mediation were unsuccessful a proposed schedule for completion of pretrial proceedings would be submitted within ten days. See Dkt. No. 54.

    No proposed schedule having been filed, this court hereby orders counsel to submit a proposed schedule for completion of pretrial proceedings no later than December 2, 2013.  Failure to submit a schedule may result in default or dismissal.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge