UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| SUSTAINABLE SOURCING, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRANDSTORM, INC., )<br>BRANDSTORM HBC, INC., )<br>and )<br>THIERRY OLLIVIER, )<br>)<br>)<br>Defendants. )<br>_____ ) | Docket No. 12-CV-30093 |

## JOINT PROPOSED SCHEDULE

Plaintiff Sustainable Sourcing, LLC, and Defendants Brandstorm, Inc., Brandstorm HBC, Inc., and Thierry Ollivier jointly propose a schedule set forth below in accordance with the Court's November 20, 2013 Order.

The parties note the following procedural history as context for the proposed schedule:

- On November 27, 2012, the Court denied Defendants' Motion to Dismiss without prejudice, as to Count I of Plaintiff's Complaint. (Doc. No. 42) The Court noted that the ruling would permit counsel to pursue possible settlement of this case, and if necessary, jurisdictional discovery. The Court further set forth a schedule for jurisdictional discovery.

- The parties engaged in settlement efforts and conducted mediations. These settlement efforts concluded unsuccessfully on October 24, 2013. (Doc. No. 64).

- On November 12, 2013, the Court granted Plaintiff leave to file an amended complaint, which Plaintiff filed on November 14, 2013.

*Approved and so ordered. A date and time for hearing on Defendants' motion to dismiss will be set as soon as Plaintiff's opposition is filed. So ordered. Michael A. Ponsor USDJ 12-2-13*